Jeffrey E. Essner (State Bar No. 121438)
Ellen McKissock (State Bar No. 109596)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff
KATHRYN ROSSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ROSSI,<br><br>            Plaintiff,<br><br>v.<br><br>MARY AKSLAND, COUNTY OF SAN JOAQUIN, SOUTH SAN JOAQUIN IRRIGATION DISTRICT, LATHROP COUNTY WATER DISTRICT, AT&T, INC.,<br><br>            Defendants. | CASE NO.  2:06-cv-2287-MCE-GGH<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF KATHRYN ROSSI; ORDER**<br><br>Date:  May 14, 2007<br>Time:  9:00 a.m.<br>Dept.:  Court Room 3<br>Judge: Hon. Morrison C. England |

### REQUEST

Moving party, Hopkins & Carley, a Law Corporation, located at 70 South First Street, San Jose, California 95113, respectfully requests permission to appear telephonically, in lieu of appearing in person, at the Motion to be Relieved as Counsel of Record for Plaintiff Kathryn Rossi scheduled for hearing on May 14, 2007 at 9:00 a.m. in Court Room 3 of the United States District Court of California, Eastern District, County of Sacramento.

///

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

Hopkins & Carley is informed and believes that Kathryn Rossi will not oppose this Motion to be Relieved as Counsel in that she too wishes to terminate the attorney-client relationship, that no opposition will be filed by Kathryn Rossi and therefore telephonic appearance will be the most expedient manner in which to address this proceeding.  In the event that Kathryn Rossi does file written opposition to this motion, then Hopkins & Carley will appear in person for the hearing.

Dated: April __, 2007                     HOPKINS & CARLEY
                                          A Law Corporation


                                          By:_____
                                             Ellen McKissock
                                             Jeffrey E. Essner
                                             Attorneys for Plaintiff
                                             KATHRYN ROSSI


## ORDER

The request of Hopkins & Carley, a Law Corporation to appear telephonically at the Motion to be Relieved as Counsel of Record for Plaintiff Kathryn Rossi scheduled for Monday, May 14, 2007 at 9:00 a.m. is GRANTED, counsel for Hopkins & Carley shall call the United States District Court prior to the May 14, 2007 hearing date in order to make arrangements for the telephonic appearance.

IT IS SO ORDERD.

April 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 2 -