1  RAYMOND P. BOLAÑOS, State Bar #142069
   AT&T SERVICES, INC. LEGAL DEPARTMENT
2  525 Market Street, 20th Floor
   San Francisco, California 94105-2727
3  Telephone:  (415) 778-1357
   Facsimile:   (415) 882-4458
4
   Attorneys for Defendant
5  PACIFIC TELEPHONE AND TELEGRAPH COMPANY

6

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | KATHRYN ROSSI,                                    | ) Case No. 2:06-CV-02287-MCE-GGH
13 |     Plaintiff,                                    | )
14 |   vs.                                             | ) DEFENDANT PACIFIC TELEPHONE AND
   |                                                   | ) TELEPGRAPH COMPANY'S REQUEST
15 | MARY AKSLAND individually and as the              | ) FOR TELEPHONIC APPEARANCE AT
   | Trustee of the Mary Aksland Separate Property     | ) HEARING ON MOTION TO BE RELIEVED
16 | Trust dated May 19, 1995, the County of San       | ) AS COUNSEL OF RECORD FOR
   | Joaquin, the South San Joaquin Irrigation         | ) PLAINTIFF
17 | District, the Lathrop County Water District and   | )
18 | AT&T, INC.;                                       | ) Date:  May 18, 2007
   |                                                   | ) Time:  9:00 a.m.
19 |     Defendants.                                   | ) Dept.: Courtroom 3
20 |                                                   | ) Judge: Hon. Morrison C. England

21                              **REQUEST**

22         Moving party, defendant Pacific Telephone and Telegraph Company ("PTTC")

23  (erroneously sued herein as AT&T, Inc.) respectfully requests permission to appear

24  telephonically, in lieu of appearing in person, at the hearing on the motion to be relieved as

25  counsel of record for plaintiff Kathryn Rossi scheduled for May 18, 2007 at 9:00 a.m. in

26  Courtroom 3 of the United States District Court of California, Eastern District, County of

27  Sacramento.  Counsel for PTTC, Raymond P. Bolaños, is located at 525 Market Street, 20th Floor,

28  San Francisco, California 94105.  PTTC is not a party to the motion, and is informed and believes

                                                                                        410105

Request for Telephonic Appearance

1  that telephonic appearance will be the most expedient manner in which to attend the proceeding
2  and stay apprised of the status of this matter.
3  Dated: April ____, 2007                    Respectfully submitted,

AT&T Services, Inc. Legal Dept.

By: _____
Raymond P. Bolaños
Attorneys for Defendant
PACIFIC TELEPHONE AND
TELEGRAPH COMPANY

## **ORDER**

The request of defendant Pacific Telephone and Telegraph Company, erroneously sued herein as AT&T, Inc., to appear telephonically at the hearing on the motion to be relieved as counsel of record for plaintiff Kathryn Rossi scheduled for May 18, 2007 at 9:00 a.m. is GRANTED. Counsel for Pacific Telephone and Telegraph Company shall call the United States District Court prior to the May 18, 2007 hearing date in order to make arrangements for the telephonic appearance.

IT IS SO ORDERED

DATED: May 14, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

410105

Request for Telephonic Appearance

**PROOF OF SERVICE**

Re:  Kathryn A. Rossi vs. Mary Aksland and AT&T, Inc.
     U.S. District Court (E.D. CA) Case No. 2:06-CV-02287-MCE-GGH

I, Juny L. Wong, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

DEFENDANT PACIFIC TELEPHONE AND TELEPGRAPH COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

☒ by placing the document(s) listed above in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

☐ by said document(s) to be transmitted electronically to the e-mail address(es) indicated after the address(es) noted below.

☐ by personally delivering the document(s) listed above to the person(s) set forth below, on the date set forth below.

Ellen McKissock
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
P.O. Box 1469
San Jose, CA 95109-1469
Attorneys for Kathryn Rossi

John W. Stovall
Clifford W. Stevens
NEUMILLER & BEARDSLEE
P.O. Box 20
Stockton, CA 95201
Attorneys for Lathrop/Lathrop County Water District

Proof of Service                                                              410105

| | |
|---|---|
| Robert J. Mackey<br>Richard s. Calone<br>CALONE LAW GROUP, LLP<br>1810 Grand Canal Boulevard, Suite No. 6<br>Stockton, CA 95207<br>Attorneys for Mary Aksland, et al | Robert E. O'Rourke<br>Deputy Counsel – Courthouse Rm. 711<br>22 East Weber Avenue<br>Stockton, CA 95202<br>Attorneys for Defendant, County of San Joaquin |
| Steven P. Emrick<br>General Counsel<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT<br>11011 E. Highway 120<br>Manteca, CA 95366<br>Attorneys for South San Joaquin Irrigation District | Alan R. Coon<br>GEIGER, COON & KEEN LLP<br>311 E. Mail Street, Suite 400<br>Stockton, CA 95202<br>Attorneys for South San Joaquin Irrigation District |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May ____, 2007

_____
Juny L. Wong

Proof of Service                                                                                                         410105