ROBERT J. MACKEY, SBN 102479
RICHARD S. CALONE, SBN 050231
CALONE LAW GROUP, LLP
A Limited Liability Partnership
1810 Grand Canal Blvd, Suite 6
Stockton, CA 95207
Telephone: 209-952-4545
Facsimile: 209-952-8751

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn Rossi,<br><br>       Plaintiff,<br><br>v.<br><br>Mary Aksland, Individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District the Lathrop County Water District, and AT&T Inc.<br><br>       Defendants. | CASE NO.: 2:06-CV-02287-MCE-GGH<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF, KATHRYN ROSSI; ORDER<br><br>Date:  May 14, 2007<br>Time:  9:00 AM<br>Dept:  Courtroom 3<br>Judge: Hon. Morrison England |

### REQUEST

Defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust, by and through her attorney, Robert J. Mackey, of the Calone Law Group, located at 1810 Grand Canal Blvd, Suite 6, Stockton, California 95206, respectfully requests to appear telephonically in lieu of appearing in person at the Motion to Be Relieved as Counsel of Record scheduled for Hearing on May 18, 2007 at 9:00 AM in Courtroom 3 of the United States District Court, County of

Sacramento, California.  Robert J. Mackey and Calone Law Group, LLP is informed and believes that plaintiff, Kathryn Rossi, will not oppose this motion and therefore, a telephonic appearance will be the most expedient manner in which to address this proceeding.

Dated: April 9, 2007            CALONE LAW GROUP, LLP

                                BY: /S/ ROBERT J. MACKEY, ESQ.
                                Attorney for Mary Aksland
                                Individually and as Trustee of the
                                Mary Askland Separate Property
                                Trust dated May 19, 1995

**ORDER**

The request of Robert J. Mackey of the Calone Law Group, LLP and defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust to appear telephonically at the Motion to Be Relieved as Counsel of Record for Plaintiff, Kathryn Rossi, scheduled for **Monday, May 18, 2007 at 9:00 AM is hereby GRANTED.**  Counsel for May Aksland shall call the United States District Court prior to the Mary 18, 2007 hearing date in order to make arrangements for the telephonic appearance.

Dated: May 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE