RICHARD S. CALONE, SBN 050231
CALONE LAW GROUP, LLP
A Limited Liability Partnership
1810 Grand Canal Blvd, Suite 6
Stockton, CA 95207
Telephone: 209-952-4545
Facsimile: 209-952-8751

Attorneys for Mary Aksland

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kathryn Rossi,<br><br>    Plaintiff,<br><br>vs<br><br>Mary Aksland, Individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District the Lathrop County Water District, and AT&T Inc.<br><br>    Defendants. | CASE NO.: 2:06-CV-02287-MCE-GGH<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANT MARY AKSLAND'S MOTION TO DISMISS<br><br>Date:  November 16, 2007<br>Time:  9:00 AM<br>Dept:  Courtroom 3<br>Judge: Hon. Morrison C.<br>       England |

REQUEST

Defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust, by and through her attorney, Richard S. Calone, of the Calone Law Group, located at 1810 Grand Canal Blvd, Suite 6, Stockton, California 95206,telephone number **209-952-4545**, respectfully requests to appear telephonically in lieu of appearing in person at the Motion to Dismiss scheduled for Hearing on November 16, 2007 at 9:00 AM in Courtroom 3 of the United States District Court, County of Sacramento, California.

Request for Telephonic Appearance

1  Richard S. Calone and Calone Law Group, LLP is informed and
2  believes that plaintiff, Kathryn Rossi, will not oppose this
3  motion and therefore, a telephonic appearance will be the most
4  expedient manner in which to address this proceeding.
5  Dated: October 30, 2007        CALONE LAW GROUP, LLP

BY: /S/ RICHARD S. CALONE, ESQ.
Attorney for Mary Aksland
Individually and as Trustee of the
Mary Askland Separate Property
Trust dated May 19, 1995

**ORDER**

The request of Richard S. Calone of the Calone Law Group, LLP and defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust to appear telephonically at the Motion to Be Relieved as Counsel of Record for Plaintiff, Kathryn Rossi, scheduled for Friday, November 16, 2007 at 9:00 a.m. is hereby GRANTED.  Counsel Richard S. Calone and Mary Aksland can be reached by the Court at 209-952-4545 on November 16, 2007 for the hearing.

Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Request for Telephonic Appearance