Steven P. Emrick (State Bar No. 076331)
General Counsel
South San Joaquin Irrigation District
11011 E. Highway 120
Manteca, CA  95366

Alan R. Coon (State Bar No. 122699)
Geiger, Coon & Keen LLP
311 E. Main Street, Suite 400
Stockton, CA  95202

Attorneys for Defendant South San Joaquin Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn A. Rossi,<br><br>    Plaintiff,<br><br>vs.<br><br>Mary Aksland individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District, the Lathrop County Water District and AT&T, Inc.,<br><br>    Defendant | Case No.: 2:06-CV-02287-MCE-GGH<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANT MARY AKSLAND'S MOTION TO DISMISS**<br><br>Date: November 16, 2007<br>Time: 9:00 AM<br>Dept.: 3<br>Judge: Hon. Morrison C. England |

REQUEST

Defendant, South San Joaquin Irrigation District, by and through its attorney, Alan Richard Coon, of Geiger, Coon & Keen LLP, located at 311 East Main Street, Suite 400, Stockton, California 95202, respectfully requests to appear telephonically in lieu of appearing in person at the Motion to Dismiss scheduled for Hearing on November 16, 2007, at 9:00 a.m. in Courtroom 3 of the United States District Court, County of Sacramento, California.

1

1  Alan Richard Coon is informed and believes that plaintiff, Kathryn Rossi, will not
2  oppose this motion and therefore, a telephonic appearance will be the most expedient
3  manner in which to address this proceeding.

Dated: October 30, 2007          GEIGER, COON & KEEN LLP

/s/ Alan R. Coon
Alan R. Coon (State Bar No. 122699)
311 E. Main St., Suite 400
Stockton, CA 95202

Attorneys for Defendant SOUTH SAN
JOAQUIN IRRIGATION DISTRICT

## ORDER

The request of Alan Richard Coon of Geiger, Coon & Keen LLP and Defendant, South San Joaquin Irrigation District, to appear telephonically at the Motion to Be Relieved as Counsel of Record for Plaintiff, Kathryn Rossi, scheduled for Friday, November 16, 2007 at 9:00 A.M. is hereby GRANTED.  Counsel for South San Joaquin Irrigation District shall call the United States District Court prior to the November 16, 2007 hearing date in order to make arrangements for the telephonic appearance.

Dated: November 7, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

Defendant South San Joaquin Irrigation District's Request for Telephonic Appearance