CLIFFORD W. STEVENS (SBN: 148918)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE,
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
Direct dial: (209) 320-8249

Attorneys for Defendant,
City of Lathrop/Lathrop County Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. ROSSI, | Case No. 2:06-cv-02287-MCE-GGH |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT CITY OF LATHROP'S REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANT MARY AKSLAND'S MOTION TO DISMISS** |
| MARY AKSLAND individually and as the Trustee of THE MARY AKSLAND SEPARATE PROPERTY TRUST dated MAY 19, 1995, the COUNTY OF SAN JOAQUIN, the SOUTH SAN JOAQUIN IRRIGATION DISTRICT, the LATHROP COUNTY WATER DISTRICT, and AT&T, INC., | Date:  November 16, 2007<br>Time:  9:00 a.m.<br>Dept.:  3 |
| Defendants. | Judge:  Hon. Morrison C. England |

The request of Defendant City of Lathrop and Lisa Blanco Jimenez of Neumiller & Beardslee (Direct Dial: 209-320-8249) to appear telephonically at the Motion to Dismiss by Defendant Mary Aksland scheduled for November 16, 2007 at 9:00 a.m. is hereby GRANTED.  The attorney for Defendant City of Lathrop shall contact the United States District Court prior to the November 16, 2007, to make arrangements for the telephonic appearance.

Dated: November 7, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order Granting Request for Telephonic Appearance

462686-1