Steven P. Emrick (State Bar No. 076331)
General Counsel
South San Joaquin Irrigation District
11011 E. Highway 120
Manteca, CA  95366
Telephone: (209) 249-4600
Facsimile:   (209) 249-4655

Alan R. Coon (State Bar No. 122699)
Geiger, Coon & Keen LLP
311 E. Main Street, Suite 400
Stockton, CA  95202
Telephone:  (209) 948-0434
Facsimile:    (209) 948-9451

Attorneys for Defendant South San Joaquin Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn A. Rossi,<br><br>   Plaintiff,<br><br>   vs.<br><br>Mary Aksland individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District, the Lathrop County Water District and AT&T, Inc.,<br><br>   Defendants. | Case No.: 2:06-cv-02287-MCE-GGH<br><br>**DEFENDANT SOUTH SAN JOAQUIN IRRIGATION DISTRICT'S AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT ORDER TO SHOW CAUSE HEARING**<br><br>Date: March 7, 2008<br>Time: 9:00 AM<br>Dept.: 3<br>Judge: Hon. Morrison C. England |

REQUEST

Defendant, South San Joaquin Irrigation District, by and through its attorney, Alan Richard Coon of Geiger, Coon & Keen LLP, located at 311 East Main Street, Suite 400, Stockton, California 95202, respectfully requests to appear telephonically in lieu of appearing in person at the Order to Show Cause why sanctions should not be imposed or the matter dismissed scheduled for Hearing on March 7, 2008, at

1

9:00 a.m. in Courtroom 3 of the United States District Court, County of Sacramento, California. A telephonic appearance will be the most efficient manner in which to allow Defendant to attend this proceeding.

Dated: February 20, 2008.        GEIGER, COON & KEEN LLP

/s/ Alan R. Coon
Alan R. Coon (State Bar No. 122699)
311 E. Main St., Suite 400
Stockton, CA 95202

Attorneys for Defendant SOUTH SAN JOAQUIN IRRIGATION DISTRICT

## ORDER

The request of Defendant, South San Joaquin Irrigation District, by and through its attorney, Alan Richard Coon of Geiger, Coon & Keen LLP (Direct Dial: 209-948-0434) to appear telephonically at the Order to Show Cause why sanctions should not be imposed or the matter dismissed scheduled for March 7, 2008 at 9:00 A.M. is hereby GRANTED. Counsel Alan Richard Coon can be reached by the Court at 209-948-0434 on March 7, 2008 for the hearing.

Dated: February 22, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE