RICHARD S. CALONE, SBN 050231
CALONE LAW GROUP, LLP
A Limited Liability Partnership
1810 Grand Canal Blvd, Suite 6
Stockton, CA 95207
Telephone: 209-952-4545
Facsimile: 209-952-8751

Attorneys for Mary Aksland

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kathryn Rossi,<br><br>             Plaintiff,<br><br>vs<br><br>Mary Aksland, Individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District the Lathrop County Water District, and AT&T Inc.<br><br>             Defendants. | CASE NO.: 2:06-CV-02287-MCE-GGH<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT THE ORDER TO SHOW CAUSE HEARING<br><br>Date:  March 7, 2008<br>Time:  9:00 AM<br>Dept:  Courtroom 3<br>Judge: Hon. Morrison C.<br>       England |

REQUEST

   Defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust, by and through her attorney, Richard S. Calone, of the Calone Law Group, located at 1810 Grand Canal Blvd, Suite 6, Stockton, California 95206, Telephone 209-952-4545, respectfully requests to appear telephonically in lieu of appearing in person at the Order to Show Cause hearing scheduled on March 7, 2008 at 9:00 AM in Courtroom 3 of the United States District Court, County of

Request for Telephonic Appearance

Sacramento, California.  Richard S. Calone and Calone Law Group, LLP is informed and believes that plaintiff, Kathryn Rossi, will not oppose this motion and therefore, a telephonic appearance will be the most expedient manner in which to address this proceeding.

Dated: February 14, 2008      CALONE LAW GROUP, LLP

BY: /s/ RICHARD S. CALONE, ESQ.
Attorney for Mary Aksland
Individually and as Trustee of the
Mary Askland Separate Property
Trust dated May 19, 1995

**ORDER**

The request of Richard S. Calone of the Calone Law Group, LLP and defendant, Mary Aksland, individually and as Trustee of the Mary Aksland Separate Property Trust to appear telephonically at the Order to Show Cause hearing scheduled for Friday, March 7, 2008 at 9:00 AM is hereby GRANTED.  The Court will call counsel, Richard S. Calone, at 209-952-4545 for the March 7, 2008 hearing.

Dated: February 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Request for Telephonic Appearance