1  AT&T SERVICES, INC. LEGAL DEPT
   RAYMOND P. BOLAÑOS, State Bar #142069
2  525 Market Street, 20th Floor
   San Francisco, California 94105-2727
3  Telephone: (415) 778-1357
   Facsimile: (415) 882-4458
4
   Attorneys for Defendant
5  PACIFIC TELEPHONE AND TELEGRAPH
   COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KATHRYN ROSSI. | Case No. 2:06-CV-02287-MCE-GGH |
| Plaintiff, | |
| vs. | DEFENDANT PACIFIC TELEPHONE AND TELEGRAPH COMPANY'S **AMENDED** REQUEST FOR TELEPHONIC APPEARANCE AT ORDER TO SHOW CAUSE HEARING |
| MARY AKSLAND individually and as the Trustee of the Mary Aksland Separate Property Trust dated May 19, 1995, the County of San Joaquin, the South San Joaquin Irrigation District, the Lathrop County Water District and AT&T, INC. | |
| | Date: March 7, 2008 |
| | Time: 9:00 a.m. |
| | Dept.: 3 |
| Defendants. | Judge: Hon. Morrison C. England |

**REQUEST**

Defendant Pacific Telephone and Telegraph Company, by and through its attorney, Raymond P. Bolaños, AT&T Services, Inc. Legal Dept, located at 525 Market Street, 20th Floor, San Francisco, CA 94105, respectfully requests to appear telephonically in lieu of appearing in person at the Order to Show Cause why sanctions should not be imposed or the matter dismissed scheduled for hearing on March 7, 2008, at 9:00 a.m. in Courtroom 3 of the United States District

422319

Defendant PTTC's **Amended** Request for Telephonic Appearance

1  Court, County of Sacramento, California. A telephonic appearance will be the most efficient
2  manner in which to allow Defendant to attend this proceeding.

4  Dated: February ___, 2008                    AT&T Services, Inc. Legal Dept.

6                                          By:    _____/s/_____
                                                   Raymond P. Bolaños
7                                                  Attorneys for Defendant
                                                   Pacific Telephone and Telegraph Company
8

10                                          **ORDER**

11      The request of Defendant Pacific Telephone and Telegraph Company, by and through its
12  attorney, Raymond P. Bolaños, AT&T Services, Inc. (Direct Dial: 415-778-1357) to appear
13  telephonically at the Order to Show Cause why sanctions should not be imposed or the matter
14  dismissed scheduled for March 7, 2008 at 9:00 a.m. is hereby GRANTED. Counsel Raymond P.
15  Bolaños can be reached by the Court at 415-778-1357 on March 7, 2008 for the hearing..

17  Dated: February 27, 2008

                                                   _____
19                                                 MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE