SALVADOR V. NAVARRETE (SBN: 222750)
LATHROP CITY ATTORNEY
390 Towne Centre Drive
Lathrop, CA  95330
Telephone: (209) 941-7235
Facsimile:  (209) 941-7233
E-Mail snavarrete@ci.lathrop.ca.us (cc: hbair@ci.lathrop.ca.us)

Attorney for Defendant CITY OF LATHROP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. ROSSI,<br><br>            Plaintiff,<br><br>    vs.<br><br>MARY AKSLAND individually and as the Trustee of THE MARY AKSLAND SEPARATE PROPERTY TRUST dated MAY 19, 1995, the COUNTY OF SAN JOAQUIN, the SOUTH SAN JOAQUIN IRRIGATION DISTRICT, the LATHROP COUNTY WATER DISTRICT, and AT&T, INC.,<br><br>            Defendants. | Case No.: 2:06-cv-02287-MCE-GGH<br><br>**[ PROPOSED] ORDER GRANTING DEFENDANT CITY OF LATHROP'S REQUEST FOR TELEPHONIC APPEARANCE AT PLAINTIFF KATHRYN ROSSI'S ORDER TO SHOW CAUSE HEARING**<br><br>Date:  March 7, 2008<br>Time: 9:00 a.m.<br>Dept.: 3<br>Judge: Hon. Morrison C. England |

The request of Defendant CITY OF LATHROP, by and through its City Attorney, Salvador V. Navarrete (Direct Dial: 209-941-7239) to appear telephonically at the Plaintiff Kathryn Rossi's Order to Show Cause Hearing on March 7, 2008, at 9:00 a.m. in Courtroom 3 is hereby GRANTED.  The attorney for Defendant City of Lathrop shall contact the United States Eastern District Court prior to the March 7, 2008 Order to Show Cause Hearing to make arrangements for the telephonic appearance.

DATED: February 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE